**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Francisco J. Corral** | Social Security number or ITIN **xxx–xx–1185** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17–01899**

---

# Order of Discharge                                                                                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Francisco J. Corral

April 26, 2017                                                     **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                                  United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-01899-PSH
Francisco J. Corral                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vgossett            Page 1 of 2              Date Rcvd: Apr 26, 2017
                              Form ID: 318              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
```
db              +Francisco J. Corral,    2417 Lenox Circle,    Montgomery, IL 60538-5079
25273088        +Illinois Lanscape Supply LLC,    25660 W. 143rd Street,    Plainfield, IL 60544-8717
25273091         Municipal Services Bureau,    PO Box 16755,    Austin, TX 78761-6755
25273092         Physicians Immediate Care - Chicago,    Attn: Billing Department,    PO Box 544, Dept. 5390,
                  Milwaukee, WI 53201-0544
25273093        +RBS Citizens,    480 Jefferson Blvd,    Warwick, RI 02886-1359
25273106        +Village of LaGrange,    Office of traffic Compliance Admini,    304 W Burlington,
                  La Grange, IL 60525-2363
25273110         Will County Circuit Court,    14 W Jefferson Street,    Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QPNMETROU.COM Apr 27 2017 00:08:00      Peter N Metrou,    Metrou & Associates PC,
                  123 W Washington St Suite 216,    Oswego, IL 60543-1049
25273073        +E-mail/Text: bk@avant.com Apr 27 2017 00:28:58       Avant,    222 N. LaSalle St., Ste. 1700,
                  Chicago, IL 60601-1101
25273101         EDI: AISTMBL.COM Apr 27 2017 00:08:00      T Mobile Bankruptcy Team,    PO Box 53410,
                  Bellevue, WA 98015
25273102         EDI: AISTMBL.COM Apr 27 2017 00:08:00      T Mobile Wireless,    Attn: Bankruptcy Dept.,
                  PO Box 37380,    Albuquerque, NM 87176-7380
25273076         EDI: CAPITALONE.COM Apr 27 2017 00:08:00      Capital One Bank Usa,    15000 Capital One Dr,
                  Richmond, VA 23238
25273074         EDI: CAPITALONE.COM Apr 27 2017 00:08:00      Cap One,    Bankruptcy Dept.,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
25273075        +EDI: CAPITALONE.COM Apr 27 2017 00:08:00      Capital 1 Bank,    Attn: General Correspondence,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
25273077         EDI: CAPITALONE.COM Apr 27 2017 00:08:00      Capital One Bank, N.A.,    PO Box 71083,
                  Charlotte, NC 28272-1083
25273078        +EDI: CHASE.COM Apr 27 2017 00:08:00      Chase Bank,    Bankruptcy Department,    PO Box 15298,
                  Wilmington, DE 19850-5298
25273079        +EDI: RCSFNBMARIN.COM Apr 27 2017 00:08:00      Credit One,    Bankrupcty Department,
                  PO Box 98873,    Las Vegas, NV 89193-8873
25273080         EDI: RCSFNBMARIN.COM Apr 27 2017 00:08:00      Credit One Bank,    PO Box 98872,
                  Las Vegas, NV 89193-8872
25273081        +E-mail/Text: aquist@creditorsprotection.com Apr 27 2017 00:29:13
                  Creditors Protection Service,    308 W. State St. Suite 485,    P.O. Box 4115,
                  Rockford, IL 61110-0615
25273083        +EDI: RMSC.COM Apr 27 2017 00:08:00      GECRB/Care Credit,    PO Box 965036,
                  Orlando, FL 32896-5036
25273085        +EDI: RMSC.COM Apr 27 2017 00:08:00      GECRB/JC Penneys,    PO Box 965007,
                  Orlando, FL 32896-5007
25273084        +EDI: RMSC.COM Apr 27 2017 00:08:00      GECRB/JC Penneys,    PO Box 981402,
                  El Paso, TX 79998-1402
25273087         EDI: RMSC.COM Apr 27 2017 00:08:00      GECRB/JCP,    PO Box 984100,    El Paso, TX 79998
25273086         EDI: RMSC.COM Apr 27 2017 00:08:00      GECRB/Jcp,    PO Box 960090,    Orlando, FL 32896-0090
25273082        +EDI: RMSC.COM Apr 27 2017 00:08:00      Gecrb/Care Credit,    Attn: bankruptcy,    Po Box 103104,
                  Roswell, GA 30076-9104
25273089        +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Apr 27 2017 00:29:25       Kabbage inc,
                  925B Peachtree St NE #1688,    Atlanta, GA 30309-3918
25273090        +EDI: MERRICKBANK.COM Apr 27 2017 00:08:00      Merrick Bank,    PO Box 1500,
                  Draper, UT 84020-1500
25273094         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/American Eagle,    PO Box 965005,
                  Orlando, FL 32896-5005
25273095         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/Care Credit,    PO Box 965036,
                  Orlando, FL 32896-5036
25273096         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/JC PENNEY DC,    PO Box 965007,
                  Orlando, FL 32896-5007
25273097         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/JC Penney DC,    PO Box  965036,
                  Orlando, FL 32896-5036
25273098         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/JC Penneys,    PO Box  965036,
                  Orlando, FL 32896-5036
25273099        +EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/TJX CO PLCC,    PO Box 965015,
                  Orlando, FL 32896-5015
25273100         EDI: RMSC.COM Apr 27 2017 00:08:00      SYNCB/WALMART,    PO Box 965024,    Orlando, FL 32896-5024
25273103        +E-mail/Text: carine@tbfgroup.com Apr 27 2017 00:27:27       TBF Financial,    740 Waukegan Road,
                  Suite 404,    Deerfield, IL 60015-5505
25273105         EDI: USBANKARS.COM Apr 27 2017 00:08:00      US Bank,    Attn: Bankruptcy Dept,    PO Box 5229,
                  Cincinnati, OH 45201-5229
25273104         EDI: USBANKARS.COM Apr 27 2017 00:08:00      US Bank,    CB Disputes,    PO Box 108,
                  Saint Louis, MO 63166
25273109         EDI: WFFC.COM Apr 27 2017 00:08:00      WFDS/WDS,    PO Box 25341,    Santa Ana, CA 92799-5341
25273108        +EDI: WFFC.COM Apr 27 2017 00:08:00      Wells Fargo DLRSVC/WACHO,    PO BOX 1697,
                  Winterville, NC 28590-1697
25273107        +EDI: WFFC.COM Apr 27 2017 00:08:00      Wells Fargo Dealer Services,    PO Box 1697,
                  Winterville, NC 28590-1697
```

```
District/off: 0752-1          User: vgossett             Page 2 of 2              Date Rcvd: Apr 26, 2017
                              Form ID: 318               Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 33

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Francisco J. Corral davidsiegelbk@gmail.com,
               davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Terri M Long    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services
               tmlong@tmlong.com, Courts@tmlong.com
                                                                                              TOTAL: 4